**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JENNIFER DEMSHUR, *Plaintiff,* v. DISTRICT OF COLUMBIA, et al., *Defendants.* | 1:19-cv-02850 (CRC) |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO ENLARGE THE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant District of Columbia (the District), moves the Court to enlarge the time to answer or otherwise respond to the complaint by thirty days or, up to and including November 25, 2019. A memorandum of points and authorities in support of this motion and a proposed order are attached for the Court's consideration.

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Michael K. Addo
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
202-724-6612
martha.mullen@dc.gov

*/s/ Denise Katz-Prober*

        DENISE KATZ-PROBER [1013442]
        Assistant Attorney General
        441 4th Street, NW, Suite 630 South
        Washington, DC 20001
        (p) (202) 724-5375
        (f) (202) 741-0445
        (e) denise.katz-prober@dc.gov

*Counsel for Defendant District of Columbia*

## LCvR 7(m) CERTIFICATION

Undersigned counsel hereby certify that counsel for Plaintiff, Sarah Martin, consents to the relief requested in this motion.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JENNIFER DEMSHUR, <br><br> *Plaintiff,* <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> *Defendants.* | 1:19-cv-02850 (CRC) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION
TO ENLARGE THE DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specific time, the court may, for good cause, extend the time: (A) with or without motion or notice … or if a request is made, before the original time or its extension expires." *See Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay").

Plaintiff filed her Complaint on September 23, 2019. ECF [1]. The Office of the Attorney General received a copy of the Complaint by mail on October 4, 2019. The District's response under Fed. R. Civ. P. 12(a)(1)(A)(i) is due on October 25, 2019. Thus, the District is moving the Court to enlarge the time before the original time expires.

In addition, good cause is apparent because to answer or otherwise respond to the complaint, the District must first review the documents plaintiff filed with the EEOC, which were cross-filed with D.C. Office of Human Rights. The District made efforts to obtain these documents, however to get the documents, the District must comply with the Freedom of Information Act (FOIA). The FOIA request and receipt of the documents will require more time

than permitted for the District's response to the complaint. Indeed, plaintiff consents to the relief requested in this motion in part because she too is waiting for a response to her own FOIA request from the D.C. Office of Human Rights.

This is the District's first request for an extension of this deadline, and no subsequent deadlines will be impacted, because no scheduling order has issued in this case. Undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff consents to the relief sought herein.

## CONCLUSION

Granting this motion will neither prejudice any party nor interfere with the fair and just administration of justice. For these reasons, the Court should grant this motion.

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Michael K. Addo
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
(202)724-6612
martha.mullen@dc.gov

*/s/ Denise Katz-Prober*
DENISE KATZ-PROBER [1013442]
Assistant Attorney General
441 4th Street, NW, Suite 630 South
Washington, DC 20001
(p) (202) 724-5375
(f) (202) 741-0445
(e) denise.katz-prober@dc.gov

*Counsel for Defendant District of Columbia*