UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER DEMSHUR,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>*Defendants.* | 1:19-cv-02850 (CRC) |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION
## TO ENLARGE THE TIME TO ANSWER THE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant District of Columbia (the District), moves the Court with Plaintiff's consent to enlarge the time to answer or otherwise respond to the Amended Complaint by five business days or, up to and including January 3, 2020. A memorandum of points and authorities in support of this motion and a proposed order are attached for the Court's consideration.

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Michael K. Addo
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
202-724-6612

martha.mullen@dc.gov

*/s/ Denise Katz-Prober*
DENISE KATZ-PROBER [1013442]
Assistant Attorney General
441 4th Street, NW, Suite 630 South
Washington, DC 20001
(p) (202) 724-5375/ (202)724-6612
(f) (202) 741-0445/
(e) denise.katz-prober@dc.gov

*Counsel for Defendant District of Columbia*

## LCvR 7(m) CERTIFICATION

Undersigned counsel certify that counsel for Plaintiff, Sarah Martin, consents to the relief requested in this motion.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JENNIFER DEMSHUR,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>*Defendants.* | 1:19-cv-02850 (CRC) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND THE DEADLINE TO RESPOND TO AMENDED COMPLAINT

Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specific time, the court may, for good cause, extend the time: (A) with or without motion or notice … or if a request is made, before the original time or its extension expires." *See Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay").

Plaintiff filed her Amended Complaint on December 13, 2019 [ECF 12]. The District's response under Fed. R. Civ. P. 12(a)(1)(A)(i) is due on December 27, 2019. Thus, the District is moving the Court to enlarge the time before the original time expires.

Good cause exists because Plaintiff's Amended Complaint contains claims that can be resolved more efficiently by motion.  The District discussed with opposing counsel its intention to move the Court the to dismiss Plaintiff's claims for Intentional Infliction of Emotional Distress (Count V-I) and Invasion of Privacy (Count VII) because both claims are preempted by the District of Columbia Comprehensive Merit Personnel Act of 1978, D.C. Code §§ 1-601.01 to 1-636.03 (2012 Repl.) (CMPA), which provides Plaintiff with her sole remedy; that is to file a grievance

with her employer, here the Metropolitan Police Department. *See District of Columbia v. Thompson*, 593 A.2d 621, 634 (D.C. 1991) ("[T]he Council plainly intended [the] CMPA to create a mechanism for addressing virtually every conceivable personnel issue among the District, its employees, and their unions—with a reviewing role for the courts as a last resort, not a supplementary role for the courts as an alternative forum."). For these reasons, the CMPA preempts all common law tort claims arising from any workplace issue. *Id*. at 635 (CMPA preempts employee's defamation and negligent infliction of emotional distress claims against supervisor); *see also Lattisaw v. District of Columbia*, 905 A.2d 790, 794 (D.C. 2006) (same); *Baker v. District of Columbia*, 785 A.2d 696, 697-98 (D.C. 2001) (same).

If there is even a substantial question about whether the CMPA applies to an employee grievance, the employee must first seek relief through the CMPA grievance process. *White v. District of Columbia*, 852 A.2d 922, 925 (D.C. 2004). Because the CMPA does not afford Plaintiff a private right of action, and because the CMPA preempts her private right of action at common law, this Court lacks jurisdiction to consider Plaintiff's claims in Counts VI-VII.

Opposing counsel represented that she would consider dismissing Counts VI-VII but needs until January 3, 2020 to make that decision. Thus, granting this motion will neither prejudice the parties nor interfere with the fair and just administration of justice.

        Respectfully Submitted,

        KARL A. RACINE
        Attorney General for the District of Columbia

        CHAD COPELAND
        Deputy Attorney General
        Civil Litigation Division

        /s/ Michael K. Addo
        MICHAEL K. ADDO [1008971]
        Chief, Civil Litigation Division Section IV

/s/ Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
202-724-6612
martha.mullen@dc.gov

*/s/ Denise Katz-Prober*
DENISE KATZ-PROBER [1013442]
Assistant Attorney General
441 4th Street, NW, Suite 630 South
Washington, DC 20001
(p) (202) 724-5375/ (202)724-6612
(f) (202) 741-0445/
(e) denise.katz-prober@dc.gov

*Counsel for Defendant District of Columbia*

## LCvR 7(m) CERTIFICATION

Undersigned counsel hereby certify that counsel for Plaintiff, Sarah Martin, consents to the relief requested in this motion.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER DEMSHUR,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>*Defendants.* | 1:19-cv-02850 (CRC) |

## ORDER

Upon consideration of the Defendant's Consent Motion to Extend the Deadline to Respond to Plaintiff's Amended Complaint, and the entire record herein, it is this _____ day of _____ 2019, hereby

**ORDERED** that the motion be **GRANTED**; and it is further

**ORDERED** that Defendant District of Columbia shall file its response to the Complaint on or before January 3, 2020.

**SO ORDERED.**

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE